ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
RICHARD G. STACK (SBN 139302)
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA 90012
  Telephone: (213) 894-2455
  Facsimile: (213) 894-0115
  E-mail: Richard.Stack@usdoj.gov

Attorneys for Plaintiff, the
United States of America



FILED
CLERK U.S. DISTRICT COURT

NOV - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA



UNITED STATES OF
AMERICA,

            Plaintiff,

      v.

MARIE VAZQUEZ,

            Defendant.

)
)
)
)
)
)
)
)
)
)
)

**CV10 8444 R (OPx)**

Case No. CV 10-

PERMANENT INJUNCTION BY
CONSENT AGAINST MARIE
VAZQUEZ

   **IT IS HEREBY STIPULATED AND AGREED** between plaintiff, the United States of America, and defendant Marie Vazquez ("Vazquez"), by and through their undersigned attorneys of record, pursuant to Internal Revenue Code Sections 7402, 7407, and 7408 (Title 26, United States Code):

   1.    The Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402(a), 7407, and 7408.

   2.    Concurrently herewith, the United States has commenced this action seeking to permanently enjoin Vazquez from acting as a tax return preparer and from engaging in conduct subject to penalty under 26 U.S.C. §§ 6694 ("Understatement of

Taxpayer's Liability by Income Tax Return Preparer") and 6701 ("Penalties for Aiding and Abetting Understatement of Tax Liability").

3.     The complaint alleges, in material part, that the defendant continually or repeatedly engaged in such conduct, understating the tax due (and overstating the refunds due) on clients' federal income tax returns by claiming false and inflated itemized deductions for medical expenses, taxes paid, mortgage interest, employee business expenses, and charitable contributions.

4.     Without admitting or denying the allegations in the Complaint, defendant voluntarily enters into this "Permanent Injunction by Consent Against Marie Vazquez" ("Permanent Injunction").

5.     To resolve the claims against her in the instant proceeding, Vazquez agrees to be bound by the terms set forth in the following paragraphs.

6.     Pursuant to 26 U.S.C. §§ 7402(a), 7407(b), and 7408(b), Vazquez, along with any agents, servants, employees, attorneys, or other persons in active concert or participation with her, is **HEREBY PERMANENTLY ENJOINED** from:

     a.     Acting as a tax return preparer for compensation within the meaning of 26 U.S.C. § 7701(a)(36);

     b.     Engaging in any conduct subject to penalty under 26 U.S.C. §§ 6694 and 6701, including but not limited to, preparing tax returns or claims for refund that overstate the allowable amounts of itemized deductions for medical expenses, taxes paid, mortgage interest, employee business expenses and/or charitable contributions;

     c.     Representing herself to taxpayers-clients or to the IRS as being duly qualified to practice as a certified public accountant; and

     d.     Engaging in any other conduct that interferes with the proper administration and enforcement of the internal revenue laws.

7.     Defendant Vazquez **SHALL NOTIFY**, in writing, all persons whose tax returns she has prepared from January 1, 2004, to the entry date of this Permanent

2

Injunction, of the findings and relief ordered by the Court in this Permanent Injunction, including providing along with the notice to such persons a copy of the Complaint and of the Court's Permanent Injunction; and that the defendant Vazquez **SHALL FILE** with the Court and **SHALL SERVE** on the plaintiff a list of the names and addresses of all persons so notified within thirty (30) days of the entry date of this Permanent Injunction.

8.    Nothing in this Permanent Injunction shall be construed to compromise, preclude or otherwise affect any other proceedings against or involving Vazquez, civil or criminal, whether or not pending or hereafter commenced.

9.    The United States may engage in discovery under the Federal Rules of Civil Procedure to monitor compliance with the terms of this Permanent Injunction, and this Court shall retain jurisdiction for the purpose of implementing and enforcing this Permanent Injunction and all additional orders necessary and appropriate to the public interest.

10.    Vazquez waives any and all right that she may have to appeal from this Permanent Injunction.

///
///
///
///
///
///
///
///
///
///
///
///

1    11.   Each party shall bear its own attorney's fees and costs incurred in this

2  action.

3

4                                          Respectfully submitted,

5                                          ANDRÉ BIROTTE JR.
                                           United States Attorney
6                                          SANDRA R. BROWN
                                           Assistant United States Attorney
7                                          Chief, Tax Division

8  DATED: 8/19/2010

9                                          RICHARD G. STACK
                                           Assistant United States Attorney

10

11                                         Attorneys for Plaintiff, the
                                           United States of America

12

13  DATED: 10/27/10

14                                         MARIE VAZQUEZ
                                           Defendant

15

16  DATED: 1/27/10

17                                         MATTHEW J. SINGER, Esquire
                                           Attorney for Defendant,
18                                         Marie Vazquez

19

20  **IT IS SO ORDERED, ADJUDGED AND DECREED.**

21

22  DATED: Nov. 8, 2010

23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28